■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD GREEN, Appellant. — Judgment, Supreme Court, New York County (McQuillan, J.), rendered on November 6, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to

CPL 460.50 (subd 5). No opinion. Concur — Sandler, J.P., Carro, Bloom and Fein, JJ.